<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6193**

KELVIN A. CANADA,

                    Plaintiff - Appellant,

          v.

OFFICER WALTER DAVIS; SGT. WILLIAM WRIGHT; SGT. PAUL PAYNE;
CAPT. DEWAYNE TURNER,

                    Defendants - Appellees,

          and

HEAD NURSE VICKI PHIPPS; DR. TIMOTHY MCBRIDE; NURSE M.
SCOTT,

                    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (7:11-cv-00569-SGW-PMS)

Submitted: April 25, 2013                Decided: April 30, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se.  Richard Carson Vorhis,
Senior Assistant Attorney General, Richmond, Virginia, for

Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Canada v. Davis, No. 7:11-cv-00569-SGW-PMS (W.D. Va. Jan. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED